USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/25/2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HOWARD MORRIS, on behalf of himself and all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| v. | Case No. 20-CV-4430 |
| ASSICURAZIONI GENERALI GROUP, S.p.A., GENERALI US BRANCH, and GENERALI GLOBAL ASSISTANCE, INC. | |
| Defendants. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated August 24, 2020, Defendants Assicurazioni Generali Group, S.p.A., Generali U.S. Branch, and Generali Global Assistance, Inc. ("Defendants") will move this Court before the Honorable Valerie E. Caproni, at the courthouse located at 40 Foley Square, New York, New York, Courtroom 443, for an order granting Defendants' motion to dismiss the complaint, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6).

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Plaintiffs shall respond to Defendants' motion, if at all, no later than September 7, 2020. Reply papers, if any, shall be filed no later than September 14, 2020.

2

Dated: August 24, 2020
New York, New York

Plaintiff's obligation to respond to Defendants' motion is STAYED pending a decision by the MDL Panel concerning whether to transfer this case. To the extent that this case is not consolidated into a multidistrict litigation proceeding, this Court will issue an order concerning the briefing schedule for Defendants' motion.

SO ORDERED.

*Valerie Caproni* (signature)   08/25/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

**MAYER BROWN LLP**

*/s/ Christopher J. Houpt*
Christopher J. Houpt
Ilana D. Cohen
1221 Avenue of the Americas
New York, NY 10020
Tel.: (212) 506-2380
Fax: (212) 849-5830
choupt@mayerbrown.com
icohen@mayerbrown.com

Archis A. Parasharami
1999 K Street N.W.
Washington, DC 20006
Tel.: (202) 263-3328
Fax: (202) 263-5328
aparasharami@mayerbrown.com

*Counsel for Defendants*