**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
—————————————————————————

**IN RE GENERALI COVID-19 TRAVEL**
**INSURANCE LITIGATION**

**ORDER NO. 1**
—————————————————————————

**MASTER FILE NO.:**
**20-md-2968**

<u>ORDER</u>

**THIS DOCUMENT RELATES TO:**
**ALL CASES**

**JOHN G. KOELTL, District Judge:**

It appearing that the cases listed on **Attachment 1**
may merit special attention as complex litigation, the Court
orders as follows:

1. <u>Initial Conference</u>. All parties shall appear for a conference
with the undersigned on **January 28, 2021** at 2:30 p.m. by
telephone. Dial-in: (888) 363-4749, with access code 8140049.

(a) <u>Attendance</u>. To minimize costs and facilitate a manageable
conference, parties are not required to attend the conference, and
parties with similar interests are expected to agree to the extent
practicable on a single attorney to act on their joint behalf at
the conference. A party will not, by designating an attorney
to represent its interests at the conference, be precluded from
other representation during the litigation; and attendance at the
conference will not waive objections to jurisdiction, venue, or
service.

(b) <u>Service List</u>. This Order is being emailed or, if necessary,
mailed to the persons shown on **Attachment 2**, which has been
prepared from the list of counsel making appearances with the
Judicial Panel on Multidistrict Litigation. Counsel on this list

are requested to forward a copy of the order to other attorneys who should be notified of the conference. A corrected service list will be prepared after the conference.

(c) Other Participants. Persons who are not named as parties in this litigation but may later be joined as parties or are parties in related litigation pending in other federal and state courts are invited to attend the conference call.

2. Purposes and Agenda. The conference will be held for the purposes specified in the Manual for Complex Litigation, Fourth Edition ("MCL"), § 11.21. A tentative agenda is appended as **Attachment 3.** Counsel are encouraged to advise the Court as soon as possible of any items that should be added to or deleted from the agenda.

3. Preparations for Conference.

(a) Procedures for Complex Litigation. Counsel are expected to familiarize themselves with the MCL and be prepared at the conference to suggest procedures that will facilitate the just, speedy, and inexpensive resolution of this litigation.

(b) Initial Conference of Counsel. Before the conference, counsel shall confer and seek consensus to the extent possible with respect to the items on the agenda, including a proposed initial dispositive motion schedule and a proposed discovery plan under Rule 26(f) and a suggested schedule under Rule 16(b) for joinder of parties, amendment of pleadings, consideration of any class action allegations, motions, and trial. The court designates David

E. Kovel of Kirby McInerney LLP and Christopher James Houpt of Mayer Brown LLP to arrange the initial meetings of plaintiffs' and defendants' counsel, respectively.

(c) Preliminary Reports. Counsel will submit to the Court by **January 21, 2021** a brief written statement indicating their preliminary understanding of the facts involved in the litigation and the critical factual and legal issues. These statements will not be filed with the Clerk, will not be binding, will not waive claims or defenses, and may not be offered into evidence against a party in later proceedings.

(d) List of Affiliated Companies and Counsel. To assist the Court in identifying any problems of recusal or disqualification, counsel will submit to the Court by **January 14, 2021** a list of all companies affiliated with the parties and all counsel associated in the litigation.

(e) List of Pending Motions. Counsel's statement shall list all pending motions.

(f) List of Related Cases. Counsel's statement shall list all related cases pending in state or federal court and their current status, to the extent known.

4. Interim Measures. Until otherwise ordered by the Court:

(a) Admission of Counsel. Attorneys admitted to practice and in good standing in any United States District Court are admitted pro hac vice in this litigation. Association of local co-counsel is not required.

(b) <u>Pleadings</u>. Each defendant is granted an extension of time for responding by motion or answer to the complaint(s) until a date to be set at the conference.

(c) <u>Pending and New Discovery</u>. Pending the conference, all outstanding disclosure and discovery proceedings are stayed and no further discovery shall be initiated. This Order does not (1) preclude voluntary informal discovery regarding the identification and location of relevant documents and witnesses; (2) preclude parties from stipulating to the conduct of a deposition that has already been scheduled; (3) prevent a party from voluntarily making disclosures, responding to an outstanding discovery request under Federal Rule of Civil Procedure 33, 34, or 36; or (4) authorize a party to suspend its efforts in gathering information needed to respond to a request under Rule 33, 34, or 36. Relief from this stay may be granted for good cause shown, such as the ill health of a proposed deponent.

(d) <u>Preservation of Records</u>. All parties are reminded of their obligation to preserve evidence that may be relevant to the actions. <u>See</u> MCL § 40.25.

(e) <u>Motions</u>. No motion shall be filed under Rule 11, 12, or 56 without leave of court and unless it includes a certificate that the movant has conferred with opposing counsel in a good-faith effort to resolve the matter without court action.

(f) <u>Orders of Transferor Courts</u>. All orders by transferor courts imposing dates for pleading or discovery are vacated.

5. <u>Later-Filed Cases</u>. This Order shall also apply to related cases later filed in, removed to, or transferred to this Court.

6. <u>Applications for Lead and Liaison Counsel Appointments</u>. The Court intends to appoint plaintiffs' lead counsel and/or plaintiffs' liaison counsel. Applications for these positions must be filed with the Clerk's office on or before **January 21, 2021.** The Court will only consider attorneys who have filed a civil action in this litigation. The main criteria for these appointments are (1) willingness and ability to commit to a time-consuming process; (2) ability to work cooperatively with others; (3) professional experience in this type of litigation; and (4) access to sufficient resources to advance the litigation in a timely manner.

        **SO ORDERED.**

**Dated:    New York, New York
            December 23, 2020**

                            /s/ John G. Koeltl
                         **John G. Koeltl
                    United States District Judge**

**ATTACHMENT 1**
**(Based on cases from the MDL Docket)**

- Young v. Generali U.S. Branch et al., 3:20-cv-1804, Southern District of California

- Nixon et al. v. Generali U.S. Branch, 1:20-cv-2670, Northern District of Illinois

- Sanchez v. Generali U.S. Branch et al., 2:20-cv-2380, District of Kansas

- Morris v. Assicurazioni Generali Group, S.p.A et al., 1:20-cv-4430, Southern District of New York

- Robbins et al. v. Generali Global Assistance, Inc. et al., 1:20-cv-6635, Southern District of New York

- Swafford v. Generali U.S. Branch et al., 1:20-cv-7079, Southern District of New York

- Flanigan v. Generali U.S. Branch et al., 3:20-cv-1807, Northern District of Ohio

- Schrader v. Generali U.S. Branch et al., 2:20-cv-4548, Eastern District of Pennsylvania

- Oglevee v. Generali U.S. Branch et al., 2:20-cv-1277, Western District of Pennsylvania

- Keith v. Generali U.S. Branch, 2:20-cv-2869, District of South Carolina

- Sheridan v. Assicurazioni Generali Group, S.p.A et al., 2:20-cv-244, Eastern District of Texas

- Paterson v. Generali U.S. Branch et al., 2:20-cv-266, Eastern District of Texas

**ATTACHMENT 2**

David E Kovel
Kirby McInerney LLP
250 Park Avenue
Suite 820
New York, NY 10177
212-371-6600
Fax: 212-699-1194
Email: dkovel@kmllp.com

Nathaniel Scearcy
The Potts Law Firm, LLP
1901 West 47th Place, Suite 210
Westwood, KS 66205
816-897-0526
Email: nscearcy@potts-law.com

Timothy L. Sifers
The Potts Law Firm, LLP
1901 W.47th Place, Suite 210
Westwood, KS 66205
816-931-2230
Fax: 816-931-7030
Email: tsifers@potts-law.com

James Ryan Fowler
Potts Law Firm
3737 Buffalo Speedway, Suite 1900
Houston, TX 77098
713-963-8881
Fax: 713-583-5388
Email: rfowler@potts-law.com

Jeffrey L. Raizner
Raizner Slania
2402 Dunlavy Street
Houston, TX 77006
713-554-9099
Fax: 713-554-9098
Email: efile@raiznerlaw.com

Clayton B McCullough
McCullough Khan
359 King Street
Suite 200
Charleston, SC 29401
843-937-0400
Fax: 843-937-0706
Email: clay@mklawsc.com

Ross Alan Appel
McCullough Khan
359 King Street
Suite 200
Charleston, SC 29401
843-937-0400
Fax: 843-937-0706
Email: ross@mklawsc.com

Karen Hope Beyea-Schroeder
Burnett Law Firm
3737 Buffalo Speedway
Suite 1850
Houston, TX 77098
832-413-4410
Fax: 832-900-2120
Email: karen.schroeder@schroeder-
lawoffice.com

James Henry Podolny
Duncan Law Group, LLC
161 North Clark Street
Suite 2550
Chicago, IL 60601
(312) 202-3281

Robert R Duncan
Duncan Law Group, LLC
161 N. Clark, Suite 2550
Chicago, IL 60601
(312)262-5841
Fax: (312)854-8001
Email: rrd@duncanlawgroup.com

Michael Kozlowski , Jr
Esbrook Law, LLC
77 W. Wacker Drive
Ste 4500
Chicago, IL 60601
312-319-7680
Email: michael.kozlowski@esbrooklaw.com

Archis Ashok Parasharami
Mayer Brown LLP (DC)
1999 K Street, N.W.
Washington, DC 20006
(202)-263-3328
Fax: (202)-263-5328
Email: aparasharami@mayerbrown.com

Christopher James Houpt
Mayer Brown LLP (NY)
1221 Avenue of the Americas, 14th Floor
New York, NY 10020-1001
(212) 506-2380
Fax: (212) 849-5830
Email: choupt@mayerbrown.com

Ilana Cohen
Mayer Brown
1221 Avenue of Americas
New York City, NY 10020
212-506-2677
Email: icohen@mayerbrown.com

Bronwyn Pollock
Mayer Brown LLP
350 S. Grand Avenue, 25th Floor
Los Angeles, CA 90071
(213)-229-5194
Email: bpollock@mayerbrown.com

Christopher Mitchell Hendy
Mayer Brown LLP
350 South Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
213-229-5142
Fax: 213-625-0248
Email: mhendy@mayerbrown.com

Carmine R. Zarlenga , III
Mayer Brown - Washington
1999 K Street, NW
Washington, DC 20006
202-263-3227
Fax: 202-263-5227
Email: czarlenga@mayerbrown.com

Jon Collins Rice
Mayer Brown LLP-Houston
4400 Post Oak Parkway
Suite 2850
Houston, TX 77027
713-238-2840
Fax: 713-238-4614

Robert Stanford Harrell
Mayer Brown LLP-Houston
4400 Post Oak Parkway
Suite 2850
Houston, TX 77027
713-238-2700
Fax: 713-238-4636

Susan Lynn Alkadri
Mayer Brown LLP-Houston
700 Louisiana Street
Suite 3400
Houston, TX 77002
713-238-2682
Email: salkadri@mayerbrown.com

Matthew C. Sostrin
Mayer Brown, LLP - Chicago
71 South Wacker Drive
Chicago, IL 60606
312-701-8138
Fax: 312-706-8683
Email: msostrin@mayerbrown.com

Michael J. Gill
Mayer Brown - Chicago
71 South Wacker Drive
Chicago, IL 60606
321-701-7128
Email: mgill@mayerbrown.com

Nathan A. Rice
Mayer Brown, LLP - Chicago
71 South Wacker Drive
Chicago, IL 60606
312-701-7727
Fax: 312-706-8372
Email: nrice@mayerbrown.com

Alice W Parham Casey
Wyche PA
807 Gervais Street
Suite 301
Columbia, SC 29201
803-254-6542
Fax: 803-254-6544
Email: tcasey@wyche.com

Rita Bolt Barker
Wyche PA
200 E Camperdown Way
PO Box 728
Greenville, SC 29601
864-242-8235
Email: rbarker@wyche.com

Charles Everingham , IV
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400
Fax: 903-757-2323
Email: ce@wsfirm.com

Andrea Leigh Fair
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400
Fax: 903-757-2323
Email: andrea@wsfirm.com

Jack Wesley Hill
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
903-757-6400
Fax: 903-757-2323
Email: wh@wsfirm.com

Jason D. Stitt
Kutak Rock LLP - Wichita
121 South Whittier Street, Suite 330
Wichita, KS 67207
816-502-4605
Email: jason.stitt@kutakrock.com

Alan Frank Law
Cooper & Scully PC
505 Sansome Street
Suite 1550
San Francisco, CA 94111
415-956-9700
Fax: 415-391-0274
Email: alan.law@cooperscully.com

Erin Green Comite
Scott and Scott LLC
156 South Main Street
P.O. Box 192
Colchester, CT 06415
860-537-5537
Fax: (860) 537-4432
Email: ecomite@scott-scott.com

Joseph Peter Guglielmo
Scott + Scott, L.L.P.( NYC)
230 Park Avenue
17th Floor
New York, NY 10169
(212) 223-6444
Fax: (212) 223-6334
Email: jguglielmo@scott-scott.com

Daniel L Germain
Rosman & Germain LLP
16311 Ventura Blvd.
Suite 1200
Encino, CA 91436-2152
818-788-0877
Fax: 818-788-0885
Email: germain@lalawyer.com

Brittany Sloane Weiner
Imbesi Law Group PC
1501 Broadway
Suite 1915
New York, NY 10036
646-767-2271
Fax: 212-658-9177
Email: brittany@lawicm.com

KELLY K. IVERSON
CARLSON LYNCH, LLP
1133 PENN AVENUE 5TH FL
PITTSBURGH, PA 15222
412-322-9243
Email: kiverson@carlsonlynch.com

GARY F. LYNCH
CARLSON LYNCH LLP
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
412-322-9243
Fax: 412-231-0246
Email: glynch@carlsonlynch.com

Jamisen A. Etzel
Carlson Lynch, LLP
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
412-322-9243
Fax: 412-231-0246
Email: jetzel@carlsonlynch.com

DAVID J. CREAGAN
WHITE & WILLIAMS LLP
1800 ONE LIBERTY PLACE
PHILADELPHIA, PA 19103-7395
215-864-7032
Email: creagand@whiteandwilliams.com

Mark D. Shepard
Babst, Calland, Clements & Zomnir
Two Gateway Center
8th Floor
Pittsburgh, PA 15222
(412) 394-6546
Fax: 412-394-6576
Email: mshepard@babstcalland.com

Andrew C DeGory
Babst Calland Clements and Zomnir, PC
603 Stanwix St.
Two Gateway Center, 9th Floor
Pittsburgh, PA 15222
412-773-8749
Fax: 412-394-6576
Email: adegory@babstcalland.com

**ATTACHMENT 3**

1. Is there a need for a Consolidated Amended Complaint

2. Can motions to dismiss be consolidated to avoid duplicative motions

3. What is the most reasonable and expeditious schedule for the disposition of motions to dismiss

4. Will amendments to the complaint be sought in response to the motions to dismiss

5. Set the schedule for the Rule 26(f) Report

6. Preparation of the Initial Case Management Order. See MCL § 40.21

7. Appointment of lead and/or liaison counsel for the plaintiffs

8. Any other special procedures that would facilitate the litigation